**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Edgar Orlando Lopez aka Edgar Lopez-Diaz aka Edgar Orlando Lopez Diaz | CHAPTER 13 |
| Liliana Lopez | BKY. NO. 18-14714 PMM |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST and index same on the master mailing list.

                                      Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
31 Dec 2020, 12:25:52, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322