UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re:     LILIANA LOPEZ          **Notice of Hearing**
      EDGAR ORLANDO LOPEZ     **July 22, 2021 at**
      aka EDGAR LOPEZ-DIAZ     **10:00 a.m.**
      aka EDGAR ORLANDO       **United States Bankruptcy Court**
      LOPEZ DIAZ                    **Office of the Clerk, Room 103**
                                           **The Gateway Building**
              Debtors          **201 Penn Street, 4TH Floor**
                                           **Reading, PA 19601**

Chapter 13

Case No.: 18-14714-PMM

## **NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING**

Lynn E. Feldman, Esquire, Attorney for Debtor has filed a First Motion to Modify Plan After Confirmation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the Motion to Modify Plan After Confirmation, or if you want the Court to consider your views on the Motion, then on or before**, July 15, 2021** you must do all of the following:

    (a)  File an answer explaining your position at:

**United States Bankruptcy Court**
**Office of the Clerk, Room 103**
**The Gateway Building**
**201 Penn Street, 4TH Floor**
**Reading, PA 19601**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  Mail a copy to the Movant's Attorney:

Lynn E. Feldman, Esquire
Feldman Law Offices, P.C.
2310 Walbert Ave, Ste. 103
Allentown, PA  18104
Telephone No.:  (610) 530-9285
Facsimile No.:   (610) 437-7011

      2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

      **3.**    A hearing on the Motion is scheduled to be held telephonically before the Honorable Patricia M. Mayer on **July 22, 2021 at 10:00 a.m.**, **participants may join by calling 1-888-636-3807 and using access code 4954493. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).**

      4.    If a copy of their motion is not enclosed, a copy of one will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Clerk's office at 610-208-5036 to find out whether the Hearing has been canceled because no one filed an answer.

Date: _June 23, 2021_                  _/s/ Lynn E. Feldman, Esquire_
                                                            LYNN E. FELDMAN, ESQUIRE
                                                            Attorney for Debtors
                                                            PA I.D. No. 35996
                                                            2310 Walbert Ave, Ste. 103
                                                            Allentown, PA  18104
                                                            (610) 530-9285