# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LILIANA LOPEZ | : | |
| EDGAR ORLANDO LOPEZ aka | : | 18-14714-PMM |
| EDGAR LOPEZ-DIAZ aka EDGAR | : | |
| ORLANDO LOPEZ DIAZ | : | |
| | : | |
| Debtors | : | Chapter 13 |

## ORDER

AND NOW, upon consideration of Debtors' First Motion To Modify Plan After Confirmation, and after notice and opportunity to be heard, and no objection having been filed thereto, it is hereby **ORDERED** that:

the Debtors' Motion is **GRANTED** and the Modified Plan filed on June 23, 2021 (doc. no. 40) is **CONFIRMED**.

*BY THE COURT:*

Date: **July 26, 2021**

*Patricia M. Mayer*
*, UCBJ*