United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edgar Orlando Lopez  
Liliana Lopez  
    Debtors

Case No. 18-14714-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 26, 2021 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edgar Orlando Lopez, Liliana Lopez, 1419 Leicester Pl, Allentown, PA 18104-2201 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bankruptcymortgage@suntrust.com | Jul 26 2021 23:30:00 | SunTrust Bank, Bankruptcy Department, VA - RVW - 3034, P.O. BOX 27767, RICHMOND, VA 23261-7767 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 26, 2021 | Form ID: pdf900 | Total Noticed: 10 |

Date: Jul 28, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Truist Bank  et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK
    on behalf of Creditor TRUIST BANK  SUCCESSOR BY MERGER TO SUNTRUST BANK paeb@fedphe.com

LYNN E. FELDMAN
    on behalf of Debtor Edgar Orlando Lopez feldmanfiling@rcn.com

LYNN E. FELDMAN
    on behalf of Joint Debtor Liliana Lopez feldmanfiling@rcn.com

REBECCA ANN SOLARZ
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: LILIANA LOPEZ | : | |
| EDGAR ORLANDO LOPEZ aka | : | 18-14714-PMM |
| EDGAR LOPEZ-DIAZ aka EDGAR | : | |
| ORLANDO LOPEZ DIAZ | : | |
| | : | |
| Debtors | : | Chapter 13 |

ORDER

AND NOW, upon consideration of Debtors' First Motion To Modify Plan After Confirmation, and after notice and opportunity to be heard, and no objection having been filed thereto, it is hereby **ORDERED** that:

the Debtors' Motion is **GRANTED** and the Modified Plan filed on June 23, 2021 (doc. no. 40) is **CONFIRMED**.

*BY THE COURT:*

Date: **July 26, 2021**

*Patricia M. Mayer*

*, UCBJ*