UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: EDGAR ORLANDO LOPEZ  :
      LILIANA LOPEZ  :
                              :     CHAPTER 13
                              :
           Debtors     :     Bky No.  18-14714-PMM

## O R D E R

**AND NOW**, upon consideration of the First Post Confirmation Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,200.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶ 2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** 8/13/21

_Patricia M. Mayer_
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**