**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: LILIANA LOPEZ | : | |
| EDGAR ORLANDO LOPEZ aka | : | 18-14714-PMM |
| EDGAR LOPEZ-DIAZ aka EDGAR | : | |
| ORLANDO LOPEZ DIAZ | : | |
| | : | |
| Debtors | : | Chapter 13 |

ORDER

AND NOW, upon consideration of Debtors' Second Motion to Modify Plan After Confirmation, and after notice and opportunity to heard, and no objection having been filed thereto, it is hereby **ORDERED** that:

The Debtors' Motion is **GRANTED** and the Modified Plan dated November 2, 2021 (doc. No. 55) is **CONFIRMED**.

*BY THE COURT:*

Date: _____

_____
, *UCBJ*