**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | LILIANA LOPEZ : | |
| | EDGAR ORLANDO LOPEZ : | CHAPTER 13 |
| | aka EDGAR-LOPEZ-DIAZ : | |
| | aka EDGAR ORLANDO : | |
| | LOPEZ DIAZ : | Bky No. 18-14714-PMM |
| | : | |
| | : | |
| | : | |
| | Debtors : | |

## **PRAECIPE**

TO THE CLERK:

Kindly withdraw from the docket entry # 54 "Modified Chapter 13 Plan Second Post Confirmation" filed on November 2, 2021.

DATE: November 23, 2021          BY:   */s/ Lynn E. Feldman, Esquire*
                                        Lynn E. Feldman, Esquire
                                        Attorney for Debtors
                                        PA  I.D. No. 35996
                                        2310 Walbert Ave, Ste. 103
                                        Allentown, PA  18104
                                        (610) 530-9285