United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-14714-pmm

Edgar Orlando Lopez  Chapter 13

Liliana Lopez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Dec 02, 2021     Form ID: pdf900     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edgar Orlando Lopez, Liliana Lopez, 1419 Leicester Pl, Allentown, PA 18104-2201 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14651648 | | Carrington Mortgage Services, LLC, PO BOX 660586, Dallas, TX 75266-0586 |
| 14169716 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14166523 | | Nissan Motor Acceptance Corp, PO Box 742658 Box 742658, Cincinnati, OH 45274-2658 |
| 14166524 | | Phelan,Halinan Diamond, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 14166525 | | Remex, PO Box 765 Box 765, Rocky Hill, NJ 08553-0765 |
| 14166527 | | Spectrum Billing Services, PO Box 4342, Los Angeles, CA 90078-4342 |
| 14166534 | + | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 14569193 | + | Truist Bank, et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14569194 | + | Truist Bank, successor by merger to SunTrust Bank, 1001 Semmes Avenue, Richmond, Virginia 23224-2245 |
| 14166535 | | WF/fmg, PO Box 14517 Box 14517, Des Moines, IA 50306-3517 |
| 14574474 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB,, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14574231 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14181718 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14575750 | + | Wilmington Savings, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 02 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: bankruptcymortgage@suntrust.com | Dec 02 2021 23:23:00 | SunTrust Bank, Bankruptcy Department, VA - RVW - 3034, P.O. BOX 27767, RICHMOND, VA 23261-7767 |
| 14166515 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14166517 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | CBNA, PO Box 6497 Box 6497, Sioux Falls, SD 57117-6497 |
| 14166516 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:38:56 | Capital One, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 14187512 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 47 |

|  |  |  | Dec 02 2021 23:39:14 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
|---|---|---|---|---|
| 14202381 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14166518 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 23:23:00 | Comenity Bank/Boscovs, PO Box 182120 Box 182120, Columbus, OH 43218-2120 |
| 14166519 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 23:23:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 14166520 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 23:23:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 14166521 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 23:23:00 | Comenity Bank/Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14166522 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14202380 |  | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2021 23:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14199061 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 23:39:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14198312 |  | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2021 23:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14198313 |  | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2021 23:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14166526 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Sears/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14202353 | + | Email/Text: bankruptcymortgage@suntrust.com | Dec 02 2021 23:23:00 | SunTrust Bank, PO Box 27767, Bankruptcy Department RVW-3034, Richmond, VA 23261-7767 |
| 14166528 |  | Email/Text: bankruptcy@bbandt.com | Dec 02 2021 23:23:00 | Suntrust Mortgage, 1001 Semmes Ave # 27767, Richmond, VA 23224-2245 |
| 14166529 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:11 | Syncb/Amer Eagle, Box 965005, Orlando, FL 32896-5005 |
| 14166530 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:29 | Syncb/Care Credit, Box 965036, Orlando, FL 32896-5036 |
| 14166531 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:29 | Syncb/Gapdc, Box 965005, Orlando, FL 32896-5005 |
| 14166532 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:13 | Syncb/Tjx, PO Box 965015, Orlando, FL 32896-5015 |
| 14166533 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:29 | Syncb/Toysrus, Box 965001, Orlando, FL 32896-5001 |
| 14167275 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:38:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14203192 | + | Email/Text: bncmail@w-legal.com | Dec 02 2021 23:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 47

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Truist Bank  et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor TRUIST BANK  SUCCESSOR BY MERGER TO SUNTRUST BANK paeb@fedphe.com |
| LYNN E. FELDMAN | on behalf of Debtor Edgar Orlando Lopez feldmanfiling@rcn.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Liliana Lopez feldmanfiling@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re: Edgar and Liliana Lopez,**          :          Chapter 13
                                             :
                                             :          Case No. 18-14714 (PMM)
                                             :
**Debtors.**                                 :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. # 55, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 59) is **approved**.

Date:  12/2/21

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**