# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Liliana Lopez<br>Edgar Orlando Lopez aka Edgar Lopez-Diaz<br>aka Edgar Orlando Lopez Diaz<br><div align="right">Debtor(s)</div> | Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST<br><div align="right">Movant</div><br>vs.<br>Liliana Lopez<br>Edgar Orlando Lopez aka Edgar Lopez-Diaz<br>aka Edgar Orlando Lopez Diaz<br><div align="right">Debtor(s)</div><br>and Scott F. Waterman<br><div align="right">Trustee</div> | NO. 18-14714 PMM |

## ORDER

AND NOW, this 22nd day of February, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 23, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1419 Leicester Place Allentown, PA 18104-2201.

~~The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

*Patricia M. Mayer*

United States Bankruptcy Judge.