United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14714-pmm |
| Edgar Orlando Lopez | Chapter 13 |
| Liliana Lopez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Edgar Orlando Lopez, Liliana Lopez, 1419 Leicester Pl, Allentown, PA 18104-2201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2022          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Truist Bank  et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor TRUIST BANK  SUCCESSOR BY MERGER TO SUNTRUST BANK paeb@fedphe.com |
| LYNN E. FELDMAN | on behalf of Debtor Edgar Orlando Lopez feldmanfiling@rcn.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Liliana Lopez feldmanfiling@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4    User: admin    Page 2 of 2
Date Rcvd: Feb 22, 2022    Form ID: pdf900    Total Noticed: 1
TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Liliana Lopez<br>Edgar Orlando Lopez aka Edgar Lopez-Diaz<br>aka Edgar Orlando Lopez Diaz<br>     Debtor(s) | Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST<br>     Movant<br>  vs. | NO. 18-14714 PMM |
| Liliana Lopez<br><br>Edgar Orlando Lopez aka Edgar Lopez-Diaz<br>aka Edgar Orlando Lopez Diaz<br>     Debtor(s)<br><br>and Scott F. Waterman<br>     Trustee | |

## ORDER

AND NOW, this 22nd day of February, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 23, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1419 Leicester Place Allentown, PA 18104-2201.

~~The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

*Patricia M. Mayer*

United States Bankruptcy Judge.