| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-14714-PMM**

EDGAR ORLANDO  LOPEZ  
LILIANA  LOPEZ  
1419 LEICESTER PL  
ALLENTOWN  PA    18104-2201

Petition Filed Date: 07/17/2018  
341 Hearing Date: 08/21/2018  
Confirmation Date: 11/29/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $697.00 | | 06/08/2021 | $697.00 | | 07/09/2021 | $903.00 | |
| 07/13/2021 | $903.00 | | 07/29/2021 | $903.00 | | 08/12/2021 | $903.00 | |
| 08/31/2021 | $903.00 | | 09/16/2021 | $903.00 | | 12/06/2021 | $498.00 | |
| 12/15/2021 | $498.00 | | 12/28/2021 | $498.00 | | 01/20/2022 | $498.00 | |
| 02/22/2022 | $490.00 | | | | | | | |

**Total Receipts for the Period:  $9,294.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $29,824.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $4,207.00 | $0.00 | $4,207.00 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $5,220.76 | $0.00 | $5,220.76 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $2,677.62 | $0.00 | $2,677.62 |
| 15 | CITIBANK NA<br>»» 015 | Unsecured Creditors | $1,047.64 | $0.00 | $1,047.64 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $1,187.33 | $0.00 | $1,187.33 |
| 6 | QUANTUM3 GROUP LLC as agent for<br>»» 006 | Unsecured Creditors | $1,138.75 | $0.00 | $1,138.75 |
| 7 | QUANTUM3 GROUP LLC as agent for<br>»» 007 | Unsecured Creditors | $2,284.19 | $0.00 | $2,284.19 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $2,175.15 | $0.00 | $2,175.15 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $1,101.96 | $0.00 | $1,101.96 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $760.23 | $0.00 | $760.23 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,588.54 | $0.00 | $1,588.54 |
| 2 | SPECTRUM BILLING SERVICES<br>»» 002 | Unsecured Creditors | $169.15 | $0.00 | $169.15 |
| 11 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» 011 | Mortgage Arrears | $19,483.09 | $17,203.09 | $2,280.00 |

**Chapter 13 Case No. 18-14714-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | TD BANK USA NA<br>»» 016 | Unsecured Creditors | $484.10 | $0.00 | $484.10 |
| 3 | WELLS FARGO<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO<br>»» 03U | Unsecured Creditors | $520.30 | $0.00 | $520.30 |
| 17 | LYNN E FELDMAN ESQ<br>»» 017 | Attorney Fees | $2,590.00 | $2,590.00 | $0.00 |
| 17 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» 11P | Mortgage Arrears | $20,727.60 | $5,797.57 | $14,930.03 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,824.00 | Current Monthly Payment: | $490.00 |
| Paid to Claims: | $26,790.66 | Arrearages: | $1,438.00 |
| Paid to Trustee: | $2,582.54 | Total Plan Base: | $48,902.00 |
| Funds on Hand: | $450.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.