United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                Case No. 18-14714-pmm

Edgar Orlando Lopez                                                                       Chapter 13

Liliana Lopez

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                      User: admin                                               Page 1 of 3

Date Rcvd: Aug 11, 2022                          Form ID: pdf900                                  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edgar Orlando Lopez, Liliana Lopez, 1419 Leicester Pl, Allentown, PA 18104-2201 |
| 14166523 | | Nissan Motor Acceptance Corp, PO Box 742658 Box 742658, Cincinnati, OH 45274-2658 |
| 14166524 | | Phelan,Halinan Diamond, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 14166527 | | Spectrum Billing Services, PO Box 4342, Los Angeles, CA 90078-4342 |
| 14569193 | + | Truist Bank, et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14569194 | + | Truist Bank, successor by merger to SunTrust Bank, 1001 Semmes Avenue, Richmond, Virginia 23224-2245 |
| 14574474 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB,, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14574231 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 11 2022 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 11 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Aug 11 2022 23:52:00 | SunTrust Bank, Bankruptcy Department, VA - RVW - 3034, P.O. BOX 27767, RICHMOND, VA 23261-7767 |
| 14166515 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 00:07:36 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14166517 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 00:07:31 | CBNA, PO Box 6497 Box 6497, Sioux Falls, SD 57117-6497 |
| 14166516 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:16 | Capital One, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 14187512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14651648 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 11 2022 23:52:00 | Carrington Mortgage Services, LLC, PO BOX 660586, Dallas, TX 75266-0586 |
| 14202381 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 23:56:14 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14166518 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Boscovs, PO Box 182120 Box 182120, Columbus, OH 43218-2120 |
| 14166519 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 14166520 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-14714-pmm   Doc 76   Filed 08/13/22   Entered 08/14/22 00:26:44   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 11 2022 23:52:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 14166521 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14166522 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 23:56:19 | DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14202380 | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2022 23:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14169716 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 11 2022 23:52:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14199061 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14198312 | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2022 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14198313 | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2022 23:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14166525 | Email/Text: clientservices@remexinc.com | Aug 11 2022 23:52:00 | Remex, PO Box 765 Box 765, Rocky Hill, NJ 08553-0765 |
| 14166526 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 00:07:36 | Sears/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14202353 | + Email/Text: bankruptcy@bbandt.com | Aug 11 2022 23:52:00 | SunTrust Bank, PO Box 27767, Bankruptcy Department RVW-3034, Richmond, VA 23261-7767 |
| 14166528 | Email/Text: bankruptcy@bbandt.com | Aug 11 2022 23:52:00 | Suntrust Mortgage, 1001 Semmes Ave # 27767, Richmond, VA 23224-2245 |
| 14166529 | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:07 | Syncb/Amer Eagle, Box 965005, Orlando, FL 32896-5005 |
| 14166530 | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:17 | Syncb/Care Credit, Box 965036, Orlando, FL 32896-5036 |
| 14166531 | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:08 | Syncb/Gapdc, Box 965005, Orlando, FL 32896-5005 |
| 14166532 | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:12 | Syncb/Tjx, PO Box 965015, Orlando, FL 32896-5015 |
| 14166533 | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:17 | Syncb/Toysrus, Box 965001, Orlando, FL 32896-5001 |
| 14167275 | + Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14203192 | + Email/Text: bncmail@w-legal.com | Aug 11 2022 23:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14166534 | + Email/Text: bncmail@w-legal.com | Aug 11 2022 23:52:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 14166535 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 12 2022 00:07:31 | WF/fmg, PO Box 14517 Box 14517, Des Moines, IA 50306-3517 |
| 14181718 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 12 2022 00:07:41 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14575750 | + Email/Text: BKBCNMAIL@carringtonms.com | Aug 11 2022 23:52:00 | Wilmington Savings, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

**Name** — **Email Address**

ANDREW L. SPIVACK
 on behalf of Creditor Truist Bank et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK
 on behalf of Creditor TRUIST BANK SUCCESSOR BY MERGER TO SUNTRUST BANK paeb@fedphe.com

LYNN E. FELDMAN
 on behalf of Debtor Edgar Orlando Lopez feldmanfiling@rcn.com

LYNN E. FELDMAN
 on behalf of Joint Debtor Liliana Lopez feldmanfiling@rcn.com

REBECCA ANN SOLARZ
 on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    EDGAR ORLANDO LOPEZ  
    LILIANA LOPEZ  

               Debtors

Chapter 13

Bankruptcy No. 18-14714-PMM

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 11, 2022**

_____  
PATRICIA M. MAYER  
U.S. BANKRUPTCY JUDGE